# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL E. GRIFFITH,<br>Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiffs<br><br>v.<br><br>JAMES M. MERRILL, CARLOS N. WANZELER, STEVEN M. LABRIOLA, JOSEPH H. CRAFT, SANDERLY RODRIGUES DE VASCONCELOS, SANTIAGO DE LA ROSA, RANDY N. CROSBY, FAITH R. SLOAN, and JOHN DOES 1-100<br><br>    Defendants. | Civ. No. 14-cv-12058-TSH |
| IN RE: TELEXFREE SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>    14-cv-10258-TSH | MDL No. 4:14-md-2566-TSH |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, between Defendant Joseph H. Craft ("**Craft**") and Lead Plaintiffs Svetlana Nayman and Igor Kunyaski, individually and on behalf of all others similarly situated ("**Plaintiffs**"), through their respective counsel, that Craft is dismissed from the above-captioned matter without prejudice and without costs pursuant to Fed. R. Civ. P.

(intentionally left blank)

...

41(a)(1)(A)(ii). Pursuant to this Court's Order, dated March 10, 2016, Craft is the only named defendant remaining in this action and is the only defendant to have made an appearance.

Respectfully submitted,

| SVETLANA NAYMAN and IGOR KUNYASKI, individually and on behalf of all others similarly situated, by their attorney: | JOSEPH H. CRAFT, by his attorney: |
|---|---|
| /s/ Orin Kurtz<br>Orin Kurtz, admitted *Pro Hac Vice*<br>Gardy & Notis, LLP<br>8th Floor<br>Tower 56, 126 East 56th Street<br>New York, New York 10022<br>Tel:   (212) 905-0509<br>Fax:   (212) 905-0508<br>okurtz@gardylaw.com | /s/ Jonathan C. Crafts<br>Jonathan C. Crafts (BBO No. 677887)<br>Dwyer LLC<br>10 Derne Street<br>Boston, Massachusetts  02114<br>Tel:   (617) 227-6000<br>Fax:   (617) 557-4827<br>jcrafts@dwyer-llc.com |

Dated: September 20, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through ECF system September 20, 2016, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities.

Date:   September 20, 2016

                                        /s/ Jonathan C. Crafts
                                        Jonathan C. Crafts